SOUTHERN BELL TELEPHONE AND TELEGRAPH CO. *v.* WILLIAMS.

Fish, J. This case is controlled by the decision this day rendered in *Southern Bell Telephone & Telegraph Company* v. *Harris.*

*Judgment reversed. By five Justices.*

Submitted March 24, — Decided June 3, 1903.

Injunction. Before Judge Littlejohn. Sumter superior court. December 30, 1902.

*Hooper & Dykes* and *Allen Fort & Son*, for plaintiffs. *J. H. Lumpkin,* for defendants.